IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| GUADALUPE WRIGHT,<br>    Plaintiff, | § § § | |
| v. | § § | EP-23-CV-119-DB-RFC |
| KILOLO KIJAZAKI, Acting<br>Commissioner of the Social Security<br>Administration,<br>    Defendant. | § § § § | |

### ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

On this day, the Court considered the "Report and Recommendation" ("R & R") filed in the above-captioned case by United States Magistrate Judge Robert F. Castañeda ("Judge Castañeda") on June 28, 2023. R & R, ECF No. 12. On June 27, 2023, Commissioner Kilolo Kijazaki ("Commissioner") filed an "[ ] Unopposed Motion to Reverse With Remand and Enter Judgment [ ]." ECF No. 11. Judge Castañeda recommends that the District Court grant Defendant's motion, thereby reversing and remanding this cause to allow the Commissioner to conduct further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). R & R, ECF No. 12.

As the Court finds no clear error, the R & R will be approved and adopted in full. The Commissioner's decision will be reversed, and the case will be remanded to the SSA for proceedings consistent with Judge Castañeda's recommendations.

Accordingly, **IT IS HEREBY ORDERED** that United States Magistrate Judge Robert F. Castañeda's "Report and Recommendation of the Magistrate Judge," ECF No. 12, is **APPROVED** and **ADOPTED**.

1

**IT IS FURTHER ORDERED** that the Commissioner's decision is **REVERSED**.

**IT IS FINALLY ORDERED** that the case is **REMANDED** to the Social Security Administration for proceedings consistent with the Report and Recommendation.

**SIGNED** this  30th day of **June 2023**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE