IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| GUADALUPE WRIGHT,<br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAZAKI, Acting<br>Commissioner of the Social Security<br>Administration,<br>    Defendant. | §<br>§<br>§<br>§          EP-23-CV-119-DB-RFC<br>§<br>§<br>§<br>§<br>§ |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

On this day, the Court considered the "Report and Recommendation" ("R & R") filed in the above-captioned case by United States Magistrate Judge Robert F. Castañeda ("Judge Castañeda") on August 11, 2023. R & R, ECF No. 16. On August 9, 2023, Plaintiff Guadalupe Wright filed an unopposed "[ ] Motion for Award of Attorney Fees [ ]." ECF No. 15. Judge Castañeda recommends that the District Court grant the motion. ECF No. 16. As the Court finds no clear error, the R & R will be approved and adopted in full.

Accordingly, **IT IS HEREBY ORDERED** that United States Magistrate Judge Robert F. Castañeda's "Report and Recommendation of the Magistrate Judge," ECF No. 16, is **APPROVED** and **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff Guadalupe Wright's "[ ] Motion for Award of Attorney's Fees [ ]," ECF No. 15, be **GRANTED**.

**IT IS FINALLY ORDERED** that an award of $1,364.60 be made payable to Plaintiff Guadalupe Wright and mailed in care of her attorneys, Konoski & Partners, P.C., 180 Tices Lane, Building B, Suite 103, East Brunswick, NJ 08816.

1

SIGNED this \_\_28th\_\_ day of **August 2023**.

_____
**THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE**